

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2019

No. 04-19-00024-CR

Pete **LONGORIA-LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-06-093-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order the brief due May 21, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court